**1230**

**Lonnie SPELLMAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 26, 2012.

**ORDER**

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to appellant's ability to file a request to the Commonwealth Court to appeal *nunc pro tunc.*